# UNITED STATES DISTRICT COURT

## Northern District of California

DENISE GALLO,

              Plaintiff(s),　　　　　No. C 07-01561 MEJ

  v.

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

              Defendant(s).

_____/

**ORDER TO SHOW CAUSE**

On May 19, 2009, the Court granted Defendant's request for a 60-day extension to file his brief responding to Plaintiff's Motion for Summary Judgment and/or Remand. Pursuant to the May 19 Order, Defendant's brief was due July 16, 2009. (Dkt. #23.) As it is now August 4, and no brief or request for a further extension has been filed, the Court hereby ORDERS Defendant to show cause why sanctions, including granting Plaintiff's motion, should not be imposed for failure to comply with court deadlines. Defendant shall file a declaration by August 11, 2009.

**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge