IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GALLO, | No. C 07-1561 MEJ |
| Plaintiff(s), | **SECOND ORDER TO SHOW CAUSE** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On August 4, 2009, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file a response to Plaintiff's pending motion for summary judgment. (Dkt. #24.) Although the Court ordered Defendant to file a responsive declaration by August 11, no response has been filed. However, on August 13, 2009, Defendant filed a Substitution of Counsel. (Dkt #25.) As it appears that the failure to file a response may be related to the substitution, the Court shall permit Defendant a final opportunity to respond. Accordingly, the Court hereby ORDERS Defendant to show cause why sanctions should not be imposed for failure to comply with Court deadlines. Defendant shall file a declaration by August 24, 2009.

**IT IS SO ORDERED.**

Dated: August 17, 2009

MARIA-ELENA JAMES
United States Magistrate Judge