# UNITED STATES DISTRICT COURT
## Northern District of California

DENISE GALLO,

        Plaintiff(s),

  v.

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

        Defendant(s).
_____/

No. C 07-01561 MEJ

**ORDER VACATING ORDER TO SHOW CAUSE**

On August 17, 2009, the Court issued a Second Order to Show Cause for Defendant's failure to file a response to Plaintiff's motion for summary judgment. Having received Defendant's response to the OSC, the Court hereby VACATES the Order to Show Cause. Plaintiff shall have 30 days from today's date to file her reply brief..

**IT IS SO ORDERED.**

Dated: August 20, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge