1

2

3

4        UNITED STATES  DISTRICT COURT

5            Northern District of California

6

7    DENISE GALLO

8                    Plaintiff(s),              No. C 07-01561 MEJ

9        v.                                     **ORDER DIRECTING DEFENDANT
                                                TO SUBMIT CHAMBERS COPY IN**
     THE COMMISSIONER OF THE SOCIAL            **COMPLIANCE WITH GENERAL**
10   SECURITY ADMINISTRATION                    **ORDER 45 AND THE COURT'S**
                                                **STANDING ORDERS**
11                  Defendant(s).
     _____/
12

13
            On August 19, 2009, Defendant electronically filed his cross-motion for summary judgment.
14
     (Dkt. #28.)  However, Defendant has failed to comply with General Order 45 and the Court's
15
     Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day
16
     following the day that the papers are filed electronically, one paper copy of each document that is
17
     filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case
18
     number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case
19
     Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendant is hereby
20
     ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately
21
     submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the
22
     above-referenced documents.
23
            **IT IS SO ORDERED.**
24

25
     Dated: August 25, 2009
26
                                                 _____
27                                               Maria-Elena James
                                                 Chief United States Magistrate Judge
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**