# UNITED STATES DISTRICT COURT

## Northern District of California

DENISE GALLO,

        Plaintiff(s),

  v.

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

        Defendant(s).
_____/

No. C 07-01561 MEJ

**ORDER TO SHOW CAUSE**

On August 20, 2009, the Court granted Plaintiff 30 days to file a response to Defendant's cross-motion for summary judgment. (Dkt. #29.) As no response or request for an extension has been filed, the Court hereby ORDERS Plaintiff to show cause why sanctions should not be imposed for failure to comply with court deadlines. Plaintiff shall file a declaration by October 1, 2009.

**IT IS SO ORDERED.**

Dated: September 24, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge