# UNITED STATES DISTRICT COURT

# Northern District of California

DENISE GALLO,

        Plaintiff(s),                No. C 07-01561 MEJ

  v.

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,        **ORDER VACATING OSC**

        Defendant(s).

_____/

On September 24, 2009, the Court issued an Order to Show Cause as to why sanctions should not be imposed for Plaintiff's failure to file a reply in response to Defendant's cross-motion for summary judgment. Having received the declaration of Plaintiff's counsel in response, the Court hereby VACATES the order to show cause. The Court shall issue an order on Plaintiff's motion and Defendant's unopposed cross-motion forthwith.

**IT IS SO ORDERED.**

Dated: October 1, 2009

                                               _____
                                               Maria-Elena James
                                               Chief United States Magistrate Judge