UNITED STATES DISTRICT COURT

Northern District of California

DENISE GALLO

                Plaintiff(s),                No. C 07-01561 MEJ

  v.

THE COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION        JUDGMENT

                Defendant(s).

_____/

On February 12, 2010, the Court denied Plaintiff's motion for summary judgment and granted Defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge